FILED
CLERK

12/3/2020 10:23 am

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

JAMES MURPHY, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

Case No.:
2:19-cv-05554-JMA-AYS

Plaintiffs,

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

v.

OLD WESTBURY GARDENS, INC.

Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, JAMES MURPHY, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, and Defendant., OLD WESTBURY GARDENS, INC. by and through their undersigned counsel, pursuant to 41(a)(1)(A)(ii) hereby stipulate to the dismissal *with prejudice* of the above-captioned action in its entirety, with each party to bear its own fees and costs.

Dated: Melville, NY
December 2, 2020

| | |
|---|---|
| **LAW OFFICE OF DARRYN G. SOLOTOFF, PLLC** | **GOLDBERG SEGALLA** |
| By: _____ | By: _____ |
| Darryn Solotoff, Esq. | Christopher Lyon |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 25 Melville Park Road, Suite 108 | 711 3rd Avenue, Suite 1900 |
| Melville, New York 11747 | New York, NY 10017 |
| Tel: 516.695.0052 | Clyon@goldbergsegalla.com |
| ds@lawsolo.net | 646.292.8791 |

Case closed.
SO ORDERED.
/s/ JMA, USJD
12/3/2020